IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN H., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>BLUE SHIELD OF CALIFORNIA,<br><br>    Defendant. | Case No. 17-cv-03095-MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL** |

On June 1, 2017, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith a chambers copy of its Notice of Removal and attachments thereto, filed May 30, 2017.

**IT IS SO ORDERED.**

Dated: June 8, 2017

MAXINE M. CHESNEY
United States District Judge