David M. Lilienstein, Esq. SBN 218923
Katie J. Spielman, Esq. SBN 252209
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484
Email: david@dllawgroup.com, katie@dllawgroup.com

Attorneys for Plaintiffs
Brian H. and Alex H.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN H. AND ALEX H.,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY and DOES 1 through 10,<br><br>Defendants. | Case No. 3:17-cv-03095-MMC<br><br>**[PROPOSED] ORDER CONTINUING DEFENDANT'S MOTION TO DISMISS HEARING PURSUANT TO STIPULATION**<br><br>Hearing Date: July 21, 2017<br>Stipulated Hearing Date: August 11, 2017 |

Having read and considered the parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that the Hearing on Defendant's Motion to Dismiss ~~and Plaintiffs' to-be-filed Motion to Remand,~~ shall be continued from July 21, 2017 to August 11, 2017 ~~also~~ at 9 a.m. and in Courtroom 7, said hearing to ~~also~~ coincide with the hearing on Plaintiff's ~~to-be-filed~~ Motion to Remand, filed June 29, 2017.

**IT IS SO ORDERED:**

Dated: July ___3___ ,2017

*[signature]*
Honorable Maxine M. Chesney
United States District Court Judge

1

[PROPOSED] ORDER CONTINUING DEFENDANT'S MOTION TO DISMISS
HEARING PURSUANT TO STIPULATION                         Case No. 3:17-cv-03095-MMC