1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN H. and ALEX H.,

Plaintiffs,

v.

BLUE SHIELD OF CALIFORNIA, et al.,

Defendants.

Case No. 17-cv-03095-MMC

**ORDER DENYING DEFENDANTS'
APPLICATIONS TO FILE
CONFIDENTIAL RECORDS UNDER
SEAL; DIRECTIONS TO DEFENDANT**

Re: Dkt. Nos. 83, 88

Before the Court are defendants' Applications to File Confidential Records Under
Seal, filed January 18, 2019, and February 15, 2019, respectively, whereby defendants
seek to file under seal the portions of their Cross-Motion for Judgment and their
Opposition to Plaintiffs' Motion for Judgment that "describe[] and summarize[] portions of
confidential medical records related to" plaintiff Alex H. (See Doc. 83 at 3:13-14; see also
Doc. 88 at 3:13-14.) Plaintiffs, however, in their Motion for Judgment and their
Opposition to Defendants' Cross-Motion for Judgment, both of which have been filed in
the public record, extensively refer to and discuss the same portions of Alex H.'s medical
records that are described in defendants' filings. Moreover, at the hearing held on March
8, 2019, plaintiffs stated their preference that the briefing submitted by both parties be
fully available in the public record, and confirmed their initial opinion that the use of
pseudonyms rather than their full names is sufficient to protect their privacy interests.

In light of the above, the above-referenced applications are hereby DENIED, and

1   Blue Shield is hereby DIRECTED to file in the public record, no later than March 18,

2   2019, unredacted versions of defendants' Cross-Motion for Judgment and Opposition to

3   Plaintiffs' Motion for Judgment.  See Civil L.R. 79-5(f)(2).

4   **IT IS SO ORDERED.**

5

6   Dated: March 11, 2019

7   MAXINE M. CHESNEY
    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28